```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

       -v-

HARMEL S. RAYAT, et al.

                Defendant.
------------------------------------------------------------------X

21-cv-4777 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    At the Initial Pretrial Conference held yesterday, defense counsel announced that one of the lawyers who would be appearing for the Defendant was Jonathan Pressman.  As I informed counsel at the conference, Mr. Pressman was an associate at the firm then known as Wilmer, Cutler & Pickering at the time that I was a partner there, and before I departed in 2003.  As I also stated at the conference, I do not see any basis for recusal.  The parties shall inform the Court promptly if they request that I recuse myself.

    SO ORDERED.

Dated: August 13, 2021
       New York, New York

                                               LEWIS J. LIMAN
                                               United States District Judge