```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SECURITIES AND EXCHANGE COMMISSION,                              :
                                                                 :
                          Plaintiff,                             :
                                                                 :       21-cv-4777 (LJL)
              -v-                                                :
                                                                 :           ORDER
HARMEL S. RAYAT, AND RENOVACARE INC.,                            :
                                                                 :
                          Defendants.                            :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The United States Securities and Exchange Commission moved pursuant to Rules 15(a), 16(b) and 21 of the Federal Rules of Civil Procedure to file an amended complaint and to join new parties.  Dkt. No. 85.  By separate Opinion and Order dated August 24, 2022, this Court granted that motion.  The parties are hereby ORDERED to meet and confer and propose a new case management plan consistent with the schedule set forth in the letter at Dkt. No. 101 and to file that plan on ECF by September 1, 2022.

      SO ORDERED.

Dated: August 24, 2022
       New York, New York
                                                              LEWIS J. LIMAN
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/24/2022