```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SECURITIES AND EXCHANGE COMMISSION,                              :
                                                                 :
                                      Plaintiff,                 :
                                                                 :        21-cv-4777 (LJL)
           -v-                                                   :
                                                                 :             ORDER
HARMEL S. RAYAT et al.,                                          :
                                                                 :
                                      Defendants.                :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    Construing the letter of *pro se* Defendant Sharon Fleming ("Fleming") as a motion for a protective order relieving her from the responsibility to respond to the requests for admission ("RFAs") and interrogatories, Dkt. No. 198, the Court denies the motion except as indicated below.

    Fleming shall respond to the RFAs on or before May 22, 2022. The RFAs are appropriate for the reasons previously stated in connection with this Court's orders on similar motions from co-defendants Jatinder Bhogal, Harmel S. Rayat, and RenovaCare, Inc. Dkt. Nos. 76, 201. The number of RFAs is appropriate for a complex securities case such as this.

    Fleming shall respond to the interrogatories on or before May 22, 2022. The Court has reviewed the interrogatories and they are also consistent with Local Rule 33.3(b), with the following limitation. The following interrogatories ask Fleming to identify certain transactions, to describe them "in detail," and then to provide certain information. *See* interrogatories nos. 2, 3, 5, 6, 9, 12, 14, and 15. With respect to those interrogatories, and those interrogatories alone, given Fleming's *pro se* status, Fleming's responses shall be deemed sufficient if she makes the identifications required by each interrogatory and provides the specific information set forth in the requests that follow (for each interrogatory), with any remaining "detail" to be subject to inquiry at her deposition.

    Fleming is advised that she may seek assistance from the New York Legal Aid Group ("NYLAG") Legal Clinic for Pro Se Litigants. The NYLAG Clinic can be reached at (212) 659-6190 or at their website: https://www.nylag.org/prose-clinic/.

    SO ORDERED.

Dated: May 10, 2023  
       New York, New York  
                                                                         LEWIS J. LIMAN  
                                                                     United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 5/10/2023