UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

HARMEL S. RAYAT, RENOVACARE, INC., JATINDER BHOGAL, JEETENDERJIT SINGH SIDHU, and SHARON FLEMING,

    Defendants,

and

TREADSTONE FINANCIAL GROUP LTD., TREADSTONE FINANCIAL GROUP LLC, BLACKBRIAR ASSET MANAGEMENT LTD., and 1420527 ALBERTA LTD.,

    Relief Defendants.

No. 1:21-cv-04777-LJL

---

## ORDER GRANTING MOTION TO STAY

The Court, having considered the parties' Joint Letter Motion for a Stay, and finding good cause, HEREBY ORDERS AS FOLLOWS:

All proceedings in this case shall be stayed for 60 days to March 4, 2024, and if settlements have not been filed by that date, the parties shall file a status report with the Court.

**IT IS SO ORDERED**

Dated: <u>December 15</u>, 2023

_____
LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE